Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
*Municipality of Anchorage; Anchorage Police Department*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JARED TUIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MUNICIPALITY OF ANCHORAGE, and ) | |
| ANCHORAGE POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | Case No. 3:19-cv-00326 HRH |
| ) | |

## SCHEDULING AND PLANNING CONFERENCE REPORT

**I.      Meeting.**

In accordance with Rules 16(a) and 26(f), Federal Rules of Civil Procedure, and with Local

Civil Rules 16.1 and 26.1(b), the parties conferred on ***January 23 & 27, 2020***; the following

persons participated: ***Mike Flanigan for plaintiff; Ruth Botstein & Meagan Carmichael for***

***defendants.***    The parties recommend the following:

Initial Case Status Report / Case Scheduling & Planning (Revised 5/2/2019)
Page  1  of  9

II.  **Discovery Plan.**

   A.  **Timing, Form and Disclosure Requirements**. Please refer to Rule 26(f)(3)(A), Federal Rules of Civil Procedure. Are there changes that the parties are proposing to that rule for this case under Rule 26(a)?

   Yes ___   No _X_   *[If yes, list proposed changes: ]*

   B.  **Initial Disclosures / Preliminary Witness Lists.**

   1.  The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

      (a) ___ Has been exchanged by the parties.

      (b) _X_ Will be exchanged by the parties on or before: ***March 16, 2020.***

   2.  Preliminary witness lists:

      (a) ___ Have been exchanged by the parties.

      (b) _X_ Will be exchanged by the parties on or before ***January 13, 2021.***

   3.  Disclosure Statement. The disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

      (a) ___ Have been complied with.

      (b) ___ Compliance will be accomplished on or before *[date]*.

      (c) _X_ Rule 7.1 is not applicable.

   C.  **Subjects and Timing of Discovery**. *See* Rule 26(f)(3)(B), Federal Rules of Civil Procedure.

1. List the subjects on which discovery may be needed: **Liability and damages.**

2. Should discovery be conducted in phases or limited to or focused on particular issues? Yes ___ No _X_ *[If yes, please describe the proposed phases or limitations: ]*

3. Absent good cause, the proposed <u>date for completion of all discovery</u> should be no later than **twelve months** from the date of this report. *If one or both parties contend that good cause exists for additional time for discovery, please explain: Plaintiff's counsel requested a date for close of discovery in March 2022 due to an extremely busy trial calendar in 2020 and 2021; the parties compromised on a 16-month discovery timeframe.*

4. **Final Discovery Witness List.** A final discovery witness list disclosing all lay witnesses whom a party may wish to call at trial shall be served and filed on *February 3, 2021.*[1]

5. **Close of Fact Discovery.** Fact discovery will be completed on or before *May 4, 2021.*

---

[1] Each party shall make a good faith attempt to list only those lay witnesses that the party reasonably believes will testify at trial.

Case 3:19-cv-00326-HRH   Document 9   Filed 01/27/20   Page 3 of 9

6. **Expert Discovery**. *See* Rule 26(a)(2), Federal Rules of Civil Procedure.

    (a) Expert witnesses shall be identified by each party on or before ***February 2, 2021***, and each party may identify responsive supplemental expert witnesses within 14 days thereafter.

    (b) Expert disclosures (reports) required by Rule 26(a)(2) will be disclosed:

        (i) By all parties on or before ***March 17, 2021***; <u>or</u>

        By plaintiff(s) on or before *[date],* and by defendant(s) on or before *[date]*;

        (ii) Rebuttal reports on or before 30 days from the service of the report being rebutted.

    (c) Expert witness discovery (include depositions) shall be completed by: ***May 12, 2021 [see paragraph C.3 above].***

D. **Preserving Discovery and Electronically Stored Information (ESI)**

1. Are there issues about the disclosure, discovery, or preservation of ESI, including the form or format in which it should be produced? *See* Rule 26(f)(3)(C), Federal Rules of Civil Procedure.

Yes <u>    </u> No <u> X </u> *[If yes, please identify the issue(s): ]*

2. Please state how ESI should be produced: ***Defendants anticipate that they possess some relevant electronic records, mostly e-mails. It is anticipated that the volume of these records is small enough that they can be printed and produced in paper form.***

3. Are there issues with preserving non-ESI discovery?

Yes ___ No __X__ *[If yes, please identify the issue(s):]*

**E. Claims of Privilege or Protection of Attorney Work Product**

*See* Rule 26(f)(3)(D), Federal Rules of Civil Procedure.

1. ___ There is no indication that this will be an issue.

2. ___ The parties have entered into a confidentiality agreement.

3. __X__ The parties will file their proposed confidentiality agreement on or

before: ***March 3, 2020***.

**F. Limitations on Discovery.** *See* Rule 26(f)(3)(E), Federal Rules of Civil

Procedure.

1. __X__ The limitations contained in Rules 26(b), 30, and 33, Federal Rules

of Civil Procedure, and in Local Civil Rules 30.1 and 36.1, will

apply.

2. ___ The maximum number of depositions by each party will not exceed

***[number]***.

(a) ___ Depositions will not exceed ***[number]*** hours as to any

deponent.

(b) ___ Depositions will not exceed ***[number]*** hours as to non-party

deponents.

(c) ___ Depositions will not exceed ***[number]*** hours as to party

deponents.

3. ___ The maximum number of interrogatories posed by each party will

not exceed *[number]*.

4. ___ The maximum number of requests for admissions posed by each

party will not exceed *[number]*.

5. ___ Other limitations: *[insert other limitations]*.

**G. Supplementation of Disclosures and Discovery Responses.** Please refer to

Rule 26(e)(1) and (e)(2), Federal Rules of Civil Procedure. Do the parties request

that the Court enter an order that is different from these rules (*e.g.* supplementation

at 30-day intervals)?

Yes ___ No _X_ *[If yes, explain: ]*

## III. Pretrial Motions.

**A.** Are there preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of

limitation that should be filed within **90** days?

Yes _X_ No ___ *[If yes, explain: Defendants expect to file a motion regarding*

*the statute of limitations.]*

**B.** Motions must be served and filed within the times specified in applicable rules.

Complete the following only if the parties are proposing deadline(s) that are different

from the applicable rules:

1. Motions to amend pleadings or add parties will be filed not later than ***March 16,***

***2020***. Thereafter, a party must seek leave of the Court to modify this deadline.

*See* Rule 16(b)(3)(A) and (4), Federal Rules of Civil Procedure.

2. Motions under the discovery rules will be filed not later than ***May 11, 2021***.

3. Dispositive motions (including motions for summary judgment) will be filed not later than ***June 4, 2021***.

4. Motions to exclude expert testimony shall be filed and served not later than ***May 26, 2021***.

**IV. Trial.**

**A**. The case is expected to take *5* days to try.

**B**. Has a jury trial been demanded? Yes _X_ No ___

**C**. Is the right to jury trial disputed? Yes ___ No _X_

**D**. The parties ___ do / _X_ do not request the scheduling of a trial date at this time.[2]

1. If a trial date is requested at this time, the parties' report shall include a minimum of three alternative dates for the start of the trial, at least two of which are 5 to 7 months from the close of all discovery.

2. If a trial date is not established at this time, the court will call upon the parties to certify that the case is ready for trial as provided in Local Civil Rule 40.1(b).

**V. Other Provisions.**

**A**. **Court Conference.** The parties ___ do / _X_ do not request a conference with the court before entry of a scheduling order. ***[If requested, explain: ]***

**B**. **Consent to Proceed before a Magistrate Judge.**

The parties ___ do / _X_ do not consent to trial before a magistrate judge.

---

[2] The decision of whether to establish a trial date at this stage of the proceedings rests with the discretion of the assigned judge. Counsel and self-represented parties are advised to contact the assigned judge's Data Quality Analyst (DQA) to determine the judge's practice for establishing a trial date.

**C. Early Settlement / Alternative Dispute Resolution.**

    1. Do the parties request immediate assistance by way of a settlement conference or alternative dispute resolution?

    Yes ____ No _X_ *[If yes, explain: ]*

    2. Do the parties wish to consider private mediation or a settlement conference with a judicial officer of this court at a later date?

    Yes _X_ No ____

**D. Related Cases.** Are the parties aware of any related cases as defined by Local Civil Rule 16.1(e)? Yes ____ No _X_ *[If yes, describe: ]*

**VI. Report Form.**

**A.** Have the parties experienced a problem in using this form?

    Yes ____ No _X_ *[If yes, explain: ]*

**B.** Are there additional subjects that the parties would propose to add to this form?

    Yes ____ No _X_ *[If yes, explain: ]*

Respectfully submitted this 31st day of January, 2020.

REBECCA A. WINDT PEARSON
Municipal Attorney

By: s/Ruth Botstein, s/ Meagan Carmichael
    Ruth Botstein (AK Bar No. 9906016)
    Meagan Carmichael (AK Bar No. 1011071)
    Assistant Municipal Attorneys
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, Alaska 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    Email: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on <u>December 31, 2019</u>, a
true and correct copy of the foregoing was served on the parties
by electronic means through the CM/ECF system.

/s Amber J. Cummings
Amber J. Cummings , Legal Secretary
Municipal Attorney's Office