Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
*Municipality of Anchorage; Anchorage Police Department*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JARED TUIA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MUNICIPALITY OF ANCHORAGE, and  )<br>ANCHORAGE POLICE DEPARTMENT,  )<br>  )<br>   Defendants.  )<br>  ) | Case No. 3:19-cv-00326 TMB |

## NOTICE OF FILING AND DESIGNATION OF RECORD OF STATE COURT PROCEEDINGS

Defendants, Municipality of Anchorage, Anchorage Police Department (Municipal Defendants), by and through the Municipal Attorney's Office, hereby give notice to the Court that they have filed copies of all records and proceedings conducted to date in the State Court matter captioned *Jered Tuia v. Municipality of Anchorage, Anchorage Police Department*, with case number 3AN-19-10807 Civil, which is the subject of Municipal Defendants' Notice of Removal filed on December 30, 2019. A copy of each document is attached hereto. The

documents, including the date each document was filed or issued in the State Superior Court, are as follows:

| No. | Date | Party | Description of Document |
|-----|------|-------|-------------------------|
| 1 | 10/30/2019 | Tuia | Case Description |
| 2 | 10/30/2019 | Tuia | Complaint for Employment Discrimination |
| 3 | 10/30/2019 | Tuia | Summons and Notice to Both Parties of Judicial Assignment |
| 4 | 10/30/2019 | Tuia | Demand for Jury Trial |
| 5 | 12/16/2019 | MOA/APD | Notice of Removal of Action to U.S. District Court |

Respectfully submitted this 20th day of February, 2020.

DEITRA L. ENNIS
Acting Municipal Attorney

By: s/Ruth Botstein, s/ Meagan Carmichael
Ruth Botstein (AK Bar No. 9906016)
Meagan Carmichael (AK Bar No. 1011071)
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on February 20, 2020, a true and correct copy of the foregoing was served on the parties by electronic means through the CM/ECF system.

/s Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Notice of Filing and Designation of Record of State Court Proceedings
*Tuia, Jared v. MOA, APD*; Case No. 3AN-19-10807 CI
Page 2 of 2

Case 3:19-cv-00326-HRH   Document 12   Filed 02/20/20   Page 2 of 2