Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
*Municipality of Anchorage; Anchorage Police Department*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JARED TUIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MUNICIPALITY OF ANCHORAGE, and )<br>ANCHORAGE POLICE DEPARTMENT, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:19-cv-00326 TMB |

**NOTICE OF FILING
STIPULATED PROPOSED CONFIDENTIALITY ORDER**

In accordance with the Court's February 3, 2020 Scheduling and Planning Order, defendant Municipality of Anchorage hereby files with the Court a proposed stipulated confidentiality order to govern this litigation. Undersigned counsel represents that she has conferred with plaintiff's counsel regarding this matter and that all parties have consented to the entry of this order.

Respectfully submitted this 3rd day of March, 2020.

>REBECCA A. WINDT PEARSON
>Municipal Attorney
>
>By: s/Ruth Botstein, s/ Meagan Carmichael
>    Ruth Botstein (AK Bar No. 9906016)
>    Meagan Carmichael (AK Bar No. 1011071)
>    Assistant Municipal Attorneys
>    Municipal Attorney's Office
>    P.O. Box 196650
>    Anchorage, AK 99519-6650
>    Phone: (907) 343-4545
>    Fax: (907) 343-4550
>    Email: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on March 3, 2020, a true and correct copy of the foregoing was served on the parties' counsel by electronic means through the CM/ECF system.

/s Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Notice of Filing Stipulated Proposed Confidentiality Order
*Tuia, Jared v. MOA, APD*; Case No. 3AN-19-10807 CI
Page 2 of 2

Case 3:19-cv-00326-HRH   Document 14   Filed 03/03/20   Page 2 of 2