EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 551-2018-03948 |

Anchorage Equal Rights Commission and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mr. Jared ~~Tulia~~ Tuia
**Home Phone** (Incl. Area Code): (907) 231-6191
**Date of Birth:** 1/19/75

**Street Address:** ~~6094~~ 6064 Doncaster Dr, **City, State and ZIP Code:** Anchorage, AK 99504

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** ANCHORAGE POLICE DEPARTMENT
**No. Employees, Members:** 500 or More
**Phone No.:** (907) 786-8500

**Street Address:** Attn: Human Resources, 4501 Elmore Rd., Anchorage, AK 99507

**DISCRIMINATION BASED ON:** [X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN  [ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION  [ ] OTHER

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 01-01-2015
Latest: 04-20-2018
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in 1999. My current job title is Lieutenant. I have applied for promotions to Captain several times since 2014, most recently in April 2018. Each time, I was not selected and less-qualified, white applicants were selected. I have also been subjected to disparate terms and conditions of employment in that my assignment changes more frequently and I am bypassed in the chain of command.

Respondent's stated reason for not promoting me was that other applicants ranked higher in the selection process. Respondent's stated reason for changing my assignments was department need.

I believe that I have been discriminated against because of my race, Pacific Islander, national origin, Samoan, and color, brown, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date:** 12/10/18
**Charging Party Signature:** Jared Tuia

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)