Michael W. Flanigan, ABA#7710114
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JARED TUIA,<br>              Plaintiff,<br>vs.<br><br>ANCHORAGE POLICE DEPARTMENT and MUNICIPALITY OF ANCHORAGE,<br>              Defendants. | Case No. 3:19-cv-00326 HRH<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO ALLOW LATE FILING OF PLAINTIFF'S DECLARATION** |

Comes Plaintiff and moves the Court to allow the late filing of the Plaintiff's Declaration, attached to this motion. The Plaintiff's declaration was intended to be filed with the Plaintiff's Opposition to Defendant's motion for Partial Summary Judgment on 11/23/20. However, unbeknownst to his counsel, Plaintiff left town to be with family that week was not aware of Plaintiff's attempts to contact him to get the Declaration signed.

He first was aware of Plaintiff's counsel's email attaching the Declaration this week after he returned to town. There is no perceived prejudice to the Defendants, since their Reply Brief is not due until 12/10/20. The Declaration simply affirms the allegations in the Plaintiff's Second Amended Complaint with one minor correction and explains when he first felt he had a sufficient factual basis for filing an EEOC complaint.

Plaintiff therefore requests the Court accept the late filed Declaration of the Plaintiff, for filing in support of the Plaintiff's Opposition to the Defendants' Motion for Partial Summary Judgment.

Plaintiff's counsel has consulted with Defendant's counsel who advised that the Defendants do not oppose this motion

DATED THIS 2nd DAY OF DECEMBER, 2020

> By: /s/ Michael W. Flanigan, ABA#7710114
> FLANIGAN & BATAILLE
> 1007 W. 3rd Ave., Ste. 206
> Anchorage, Alaska, 99501
> Telephone: (907)-279-9999
> Facsimile: (907) 258-3804
> E-Mail: mflanigan@farnorthlaw.com

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Motion to Accept Late Filing
*Tuia v. MOA; et. al.*; CASE NO. 3:19-cv-00326 HRH - PAGE 2 OF 3

Case 3:19-cv-00326-HRH   Document 33   Filed 12/02/20   Page 2 of 3

**Certificate of Service**
I hereby certify that on December 2, 2020,
a true and correct copy of the foregoing was served on the
following attorneys, through the Court's CM/ECF system.

Ruth Bottstein
Meagan Carmichael
Asst. Municipal Attorneys

s/ Jessica L. Rasor
 FLANIGAN & BATAILLE

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Motion to Accept Late Filing
*Tuia v. MOA; et. al.*; CASE NO. 3:19-cv-00326 HRH - PAGE 3 OF 3

Case 3:19-cv-00326-HRH   Document 33   Filed 12/02/20   Page 3 of 3