Michael W. Flanigan, ABA#7710114
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JARED TUIA,<br><br>              Plaintiff,<br><br>vs.<br><br>ANCHORAGE POLICE DEPARTMENT and MUNICIPALITY OF ANCHORAGE,<br><br>              Defendant. | Case No. 3:19-cv-00326 HRH<br><br>**DECLARATION OF JARED TUIA** |

Comes Now Jared Tuia, under the threat of perjury, and makes the following declaration.

1. I am the Plaintiff in the above referenced matter.

2. I have reviewed the factual statements in the Plaintiff's Second Amended Complaint and declare that all of the factual statements in that pleading and accurate and true to the best of my knowledge, except paragraph 11, should state my Masters degree was in Organizational Management, not

Declaration of Jared Tuia
*Tuia v. MOA; et. al.*; CASE NO. 3:19-cv-00326 HRH - PAGE 1 OF 3

criminology. My undergraduate degree was a Bachelor's of Science with an emphasis in Criminology.

3. While I was denied a promotion to Captain in 2015, 2017, 2018 and 2020, I was not aware of any facts upon which I could legitimately base a claim of discrimination in regards to the denial of promotions until 2018.

4. The Anchorage Police Department does not have annual performance evaluations and instead relies on oral interviews. No participant in the promotion process knows what answers other applicants gave to questions posed in the interviews.

5. Because this is an opaque process, I took what I thought were reasonable steps to inquire why I was not promoted after each denial.

6. When I asked for an explanation of my denial of promotion in 2015, I got a confusing explanation that "I could do better elsewhere", which did not answer the question as to what I could do better to earn a promotion.

7. 2017 and 2018, when I questioned why I was not promoted, I was not given any explanation.

8. On 9/11/18 I asked Lieutenant McKinnon, who was also turned down for promotion, if he knew why certain persons were promoted. It was then that he told me that Deputy Chief McCoy had advised him that the Chief had

FLANIGAN & BATAILLE
1007 West 3rd Ave, Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

already decided who he was going to promote before the applications for promotion to Captain were even advertised.

9. It was that disclosure that convinced me to file an EEOC claim on 9/24/2018, because it indicated that the promotion process itself was a sham.

10. I did not believe I had sufficient basis for filing an EEOC discrimination claim before that time.

DATED AT THIS 2nd DAY OF DECEMBER, 2020

By: _____
JARED TUIA

**CERTIFICATE OF SERVICE**
I hereby certify that the foregoing Pleading was served on the following counsel, by way of the Court's ECF system, on the 2ND day of December, 2020.

Ruth Bottstein
Meagan Carmichael
Asst. Municipal Attorneys
uslit@muni.org

_____/s/Michael Flanigan_____
FLANIGAN & BATAILLE

FLANIGAN & BATAILLE
1007 West 3rd Ave, Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Declaration of Jared Tuia
*Tuia v. MOA; et. al.*; CASE NO. 3:19-cv-00326 HRH – PAGE 3 OF 3