Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendants
*Municipality of Anchorage; Anchorage Police Department*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JARED TUIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MUNICIPALITY OF ANCHORAGE, and ) <br> ANCHORAGE POLICE DEPARTMENT, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:19-cv-00326 HRH |

## STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES

The parties, by and through counsel, hereby stipulate to the following modifications of the following pretrial deadlines contained in Docket 10:

| | |
|---|---|
| Expert Witness Identifications: | February 16, 2021 |
| Supplemental Expert Identifications: | March 2, 2021 |
| Expert Reports: | March 31, 2021 |
| Rebuttal Reports: | April 28, 2021 |

The parties respectfully ask the Court to modify these deadlines accordingly.

Respectfully submitted this 2nd day of February, 2021.

        KATHRYN R. VOGEL
        Municipal Attorney

By: s/Ruth Botstein, s/ Meagan Carmichael
    Ruth Botstein (AK Bar No. 9906016)
    Meagan Carmichael (AK Bar No. 1011071)
    Assistant Municipal Attorneys
    Municipal Attorney's Office
    P.O. Box 196650
    Anchorage, AK 99519-6650
    Phone: (907) 343-4545
    Fax: (907) 343-4550
    Email: uslit@muni.org

    Attorneys for Defendants

By: s/ Michael W. Flanigan
    Michael W. Flanigan (AK Bar No. 7710114)
    FLANIGAN & BATAILLE
    1007 W. 3rd Ave., Ste. 206
    Anchorage, AK 99501
    Phone: (907) 279-9999
    Fax: (907) 258-3804
    Email: mflanigan@farnorthlaw.com

    Attorneys for Plaintiff

Certificate of Service
The undersigned hereby certifies that on February 2, 2021, a true and correct copy of the foregoing was served on the parties by electronic means through the CM/ECF system.

/s Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

## ORDER GRANTING STIPULATED
## MOTION TO EXTEND PRETRIAL DEADLINES

It is so ORDERED.

_____        _____
Dated                                         Hon. Judge H. Russel Holland