Michael W. Flanigan
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRIT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JARED TUIA,<br>　　　　　Plaintiff,<br>　vs.<br>ANCHORAGE POLICE DEPARTMENT and MUNICIPALITY OF ANCHORAGE,<br>　　　　　Defendant. | Case No. 3:19-cv-00326 HRH<br><br>**JOINT MOTION OF THE PARTIES** |

Come now the Parties, by and through counsel and move the Court to approve the stipulation of the parties to remand this case back to state court on the condition that the Plaintiff dismisses his Title VII claims. Once the Title VII claims are dismissed, there will no longer be any federal claims or questions in the litigation. A proposed order is attached hereto.

DATED THIS 15th DAY OF MARCH, 2021

　　　　　　　　　　FLANIGAN & BATAILLE
　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　By: /s/ Michael W. Flanigan, ABA#7710114
　　　　　　　　　　1007 W. 3rd Ave., Suite206
　　　　　　　　　　Anchorage, Alaska, 99501

Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com

ANCHORAGE MUNICIPAL ATTORNEY
By: s/Ruth Botstein, s/ Meagan Carmichael
Ruth Botstein (AK Bar No. 9906016)
Meagan Carmichael (AK Bar No. 1011071)
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, AK 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

## **ORDER**

This matter having come before the Court on the joint motion of the parties to remand this case back to the Alaska Superior Court, on the condition that the Plaintiff dismisses his Title VII claims,

IT IS HEREBY ORDERED that the motion is granted, the Plaintiff's Title VII claims are dismissed with prejudice, and this matter is hereby remanded back to the Alaska Superior Court, Third Judicial District at Anchorage.

DATED THIS ____DAY OF _____, 2021

_____
JUDGE, U.S. DISTRICT COURT

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Joint Motion of Parties
*Tuia v. MOA; et. al.*; CASE NO. 3:19-cv-00326 HRH - PAGE 2 OF 3

Case 3:19-cv-00326-HRH   Document 44   Filed 03/15/21   Page 2 of 3

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of the foregoing
*Joint Motion*
was served via the Court's ECM system on the 15th day
of March, 2021 on:

Ruth Botstein
Meagan Carmichael
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650

s/ Jessica L. Rasor
FLANIGAN & BATAILLE

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Joint Motion of Parties
*Tuia v. MOA; et. al.*; CASE NO. 3:19-cv-00326 HRH - PAGE 3 OF 3